veyed to him has been pointed out and condemned by the courts in many familiar cases. (*Matter of Eleventh Avenue*, 81 N. Y. 436; *Matter of City of New York*, 196 id. 286; *Matter of City of New York, Carroll Street*, 137 App. Div. 39.) The respondent relies largely upon *Matter of Mayor, Trinity Avenue* (116 App. Div. 252) and *Harris* v. *Kingston Realty Co.* (Id. 704) to sustain his contention. Both of these cases are distinguishable from the case at bar. In the *Trinity Avenue* case there was no conveyance of the grantor's rights and interests in the street upon which the lot abutted, and in the *Harris* case, by the terms of the deed, that portion of the premises which had been taken by the city of New York for the purposes of the street for which the award was made, was expressly excluded. I must vote to reverse the order, with ten dollars costs and disbursements, and to remit the case to the Special Term for further proceedings.

---

Mathilda G. Ebert, as Sole Acting Executrix of the Last Will and Testament of Henry Ludemann, Deceased, Respondent, v. Louis Hanneman and Others, Appellants.— Motion denied. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Frances Frey, Respondent, v. Frederick August Schieffer, Appellant.— Motion denied, without costs, on condition that the appellant perfect his appeal, put the case upon the next calendar of this court, and be ready for argument when reached. Otherwise motion granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of Morris J. Bernstein, an Attorney, Respondent.— Motion granted and respondent suspended from the practice of law for a period of three months from the date thereof. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of The City of New York to Acquire Certain Real Estate at Valley Stream, Lynbrook, etc., in the County of Nassau, for the Purposes of Water Supply, etc.— Motion for reargument denied. The opinion previously handed down in this case must not be construed as indicating that when the report shall have been delivered and the services of the commissioners completed, they will be precluded from making application for compensation notwithstanding the report has not been confirmed. (See 140 App. Div. 203.) Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Theodore Dauphin for Admission to the Bar.— Application granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of Samuel G. Derrickson, an Attorney, Respondent.— Motion granted and respondent suspended from the practice of law for a period of one year from the date thereof. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of Benjamin R. Tartarski, an Attorney, Respondent.— Motion granted, and the name of respondent stricken from the roll of attorneys. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Bertha E. Nahe, Individually and as Administratrix with the Will Annexed, etc., of Louise E. Nahe, Deceased, Appellant, v. Henry J. Bauer and Others, Defendants, Impleaded with Clark D. Rhinehart, Respondent. (Actions Nos. 1

and 2.) — Motion to resettle orders granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Bertha E. Nahe, Individually and as Administratrix with the Will Annexed, etc., of Louise E. Nahe, Deceased, Appellant, v. Henry J. Bauer and Others, Defendants, Impleaded with Clark D. Rhinehart, Respondent. (Actions Nos. 1 and 2.) — Motion for reargument denied. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

The People of the State of New York ex rel. Max Brown, Relator, v. James G. Tighe, a Magistrate of the City of New York, Respondent. — Motion denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Winfield S. Taylor and Another, Respondents, v. Bernard F. Guinan, Appellant. — Motion for leave to appeal to the Court of Appeals denied, on the ground that such leave is not necessary. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Bant Tishman, Appellant, v. Becky Lebendiger, Respondent. — Motion for reargument denied, with ten dollars costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Village of Haverstraw, Respondent, v. J. Esler Eckerson and Others, Appellants. (Warren Avenue Case.) Village of Haverstraw, Respondent, v. J. Esler Eckerson and Others, Appellants. (Jefferson Street Case.) — Motion granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Mary V. M. Zint, Appellant, v. Cornelius Mulligan and Others, as Executors, etc., Respondents. — Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Joseph L. Adams, Respondent, v. Merrill B. Williams, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Carr, JJ., concurred.

Brooklyn Union Coal Company, Respondent, v. James Lyons, Incorporated, and Frank Lyons, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Louis Burstein, Respondent, v. George Breng and Others, Appellants. — If this action were to be deemed one to recover for fraud and deceit we think it could not be maintained. It seems to us, however, that it may be treated as an action to recover the amount paid upon the ground of failure of consideration for the contract arising out of mutual mistake of the parties in connection with the subject-matter thereof. Judgment of the Municipal Court affirmed, with costs. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Maria E. Church, Respondent, v. Samuel Church, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.

Solomon Cohen, Appellant, v. Ray Reisenberger, Respondent. — Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that plaintiff's employment and defendant's liability and its scope, together with any question of damages, should have been left to the jury. Hirschberg, P. J., Woodward, Jenks, Thomas and Rich, JJ., concurred.